UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:13-CR-00028-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY D. HILL JR. | ) | |

This matter is before the court on defendant's *pro se* motion to terminate counsel (DE # 35), defense counsel's motion to withdraw (DE # 47), and defendant's unopposed motion to continue sentencing (DE # 46). New counsel has filed a notice of appearance on behalf of defendant. (DE # 45.) For good cause shown, defense counsel's motion to withdraw and the motion to continue sentencing are ALLOWED. Sentencing is CONTINUED to 4 February 2014. Defendant's *pro se* motion is DENIED as moot.

This 13 November 2013.

_____
W. Earl Britt
Senior U.S. District Judge