IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-28-BR
NO. 4:17-CV-19-BR

| | |
|---|---|
| LARRY D. HILL, JR., )<br>  Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>  Respondent. ) | O R D E R |

This matter is before the court on petitioner's 28 U.S.C. § 2255 motion and various motions related thereto. Because petitioner has previously filed a § 2255 motion, he must seek authorization from the Fourth Circuit Court of Appeals to file a second or successive § 2255 motion. 28 U.S.C. §§ 2244(b), 2255(h). The § 2255 motion (DE # 100) is DISMISSED WITHOUT PREJUDICE. The court construes petitioner's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60 (DE # 115) as a successive § 2555 motion, see United States v. Winestock, 340 F.3d 200, 207 (4th Cir. 2003), and it is also DISMISSED WITHOUT PREJUDICE for petitioner to seek authorization from the Fourth Circuit Court of Appeals. The Clerk is DIRECTED to submit petitioner's motion for an order authorizing this court to consider a successive § 2255 motion (DE # 98) to the Fourth Circuit Court of Appeals for ruling and to terminate the motion. Petitioner's motions for discovery, for an evidentiary hearing, for pretrial release, and to compel are DENIED as moot. (DE ## 93, 105, 106, 109.) The court finds that petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Pursuant to Rule 11(a) of the Rules Governing

Section 2255 Proceedings, a certificate of appealability is DENIED.

This 19 April 2017.

_____
W. Earl Britt
Senior U.S. District Judge