IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CR-28-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| LARRY D. HILL, JR., | |
| Defendant. | |

This matter is before the court on defendant's *pro se* motion for compassionate release, (DE # 219), and related *pro se* motions, (DE ## 210, 213, 216, 218). Counsel has been appointed to represent defendant and has filed a notice of appearance. Within 20 days, defense counsel shall file any materials, including a memorandum, in support of defendant's *pro se* motion for compassionate release. Thereafter, the government may file a response in accordance with the Local Criminal Rules, and defendant may file a reply within 14 days. Because defendant is represented by counsel, defendant's related *pro se* motions, (DE ## 210, 213, 216, 218), are DENIED WITHOUT PREJUDICE to defense counsel renewing those motions.

This 10 July 2020.

_____
W. Earl Britt
Senior U.S. District Judge