IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-28-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>LARRY D. HILL, JR. )<br>) | O R D E R |

This matter is before the court on defendant's motion for reconsideration of the court's 24 August 2021 order. (DE # 233.)

In that order, the court denied defendant's motion to suspend or terminate his restitution payments and recommended that he discuss his financial situation with his supervising probation officer. (8/24/21 Order, DE # 232, at 2.) In the instant motion, defendant again asks the court to terminate his restitution based on his income and expenses and because the restitution is excessive, violating the Eighth Amendment. (DE # 233, at 1-3.) Since defendant filed the motion, he apparently heeded the court's advice, as he is now making significantly lower restitution payments upon the recommendation of the probation officer. (See Rpt., DE # 234.)

There is no basis for the court to reconsider its earlier order. "The court does not have the authority to terminate outright a restitution obligation." (8/24/21 Order, DE # 232, at 2 (citing United States v. Lallemand, 207 F. App'x 665, 667 (7th Cir. 2006).) "[T]o the extent defendant challenges the restitution imposed as being excessive, that issue should have been raised on direct appeal . . . ." (Id.)

Defendant's motion is DENIED.

This 18 February 2022.

_____
W. Earl Britt
Senior U.S. District Judge